# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| MF GLOBAL INC., | Case No. 11-2790 (MG) SIPA |
| Debtor. | Ref. Docket No. 38 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2011, I caused to be served the "Notice of Trustee Accepting Proposals for the Transfer of Customer Securities Accounts of MF Global Inc.," dated November 3, 2011 [Docket No. 38], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, and

    c. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Eleni Kossivas*
Eleni Kossivas

Sworn to before me this
4th day of November, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221093
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

*<u>Email List</u>*
aalfonso@willkie.com
aberkowitz@proskauer.com
acker@chapman.com
adsmith@perkinscoie.com
appleby@chapman.com
btrust@mayerbrown.com
christopher.meyer@ssd.com
clarosa@sipc.org
cprice@chapman.com
dneier@winston.com
eric.ivester@skadden.com
gepessin@wlrk.com
gponto@bakerlaw.com
gregory.milmoe@skadden.com
hmcarn@jenner.com
hsnovikoff@wlrk.com
jamie.baron@skadden.com
jbealler@epiqsystems.com
kcaputo@sipc.org
ken.ziman@skadden.com
kiplok@hugheshubbard.com
lelbaum@proskauer.com
margolin@hugheshubbard.com
mdcometti@tkblaw.com
mphilipp@winston.com
mschonholtz@willkie.com
mshuster@porterwright.com
pdefilippo@wmd-law.com
robert.yalen@usdoj.gov
rwasserman@cftc.gov
scarroll@perkinscoie.com
schragep@sec.gov
shirshon@proskauer.com
spiotto@chapman.com
tblakemore@winston.com
tbutler@tkblaw.com
theodosi@hugheshubbard.com
vlazar@jenner.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| IRS SPECIAL PROCEDURES BRANCH ATTN DISTRICT DIRECTOR | 212-436-1931 |

| Name | Fax |
|---|---|
| IRS SPECIAL PROCEDURES BRANCH ATTN DISTRICT DIRECTOR | 212-436-1931 |

**EXHIBIT C**

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007