Exhibit A

MF Global Inc.
October 31, 2011
Monthly Commodity Statement

MF Global Inc.
717 Fifth Avenue
9th Floor
New York, NY 10022-8101

# Monthly Commodity Statement

Interested Party: IDM19008

ACCOUNT NUMBER   E 724 ROHRS 34020
DATE   OCT 31, 2011

INTRODUCED BY
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER
OF CASCADE INVESTMENT LLC
2365 CARILLON POINT     (E/S MGD)
KIRKLAND  WA  98033

DISCRETIONARY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Y O U R   A C T I V I T Y   T H I S   M O N T H  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| 10/03/1 | F1 | 1 | 1 | NOV 11 BOT RGH RICE | 01  15.99 | US | 1,170.00 | |
| 10/03/1 | F1 |   | 1 | NOV 11 BOT RGH RICE | 01  15.99 | US | 7.55 | |
| 10/03/1 | F1 | 1 |   | JAN 12 BOT RGH RICE | 01  16.30 | US | 7.55 | |
| 10/03/1 | F1 | 2 | 2 | NOV 11 CME REV LUMBR | 02  213.00 | US | 5,500.00 | |
| 10/03/1 | F1 |   | 2 | NOV 11 CME REV LUMBR | 02  213.00 | US | 15.20 | |
| 10/03/1 | F1 | 1 |   | JAN 12 CME REV LUMBR | 02  236.50 | US | 7.60 | |
| 10/03/1 | F1 | 1 |   | DEC 11 CMX SILVER GLOBEX TRADE | 04  3079.50 | US | 7.60 | |
| 10/03/1 | F1 | 1 |   | DEC 11 ICEUS COFFEEC ICE PLATFORM | 06  223.40 | US | 7.60 | |
| 10/03/1 | F1 | 11 | 11 | NOV 11 NY LT CRUDE | 07  77.61 | US | 127,930.00 | |
| 10/03/1 | F1 |   | 11 | NOV 11 NY LT CRUDE | 07  77.61 | US | 83.60 | |
| 10/03/1 | F1 | 11 |   | DEC 11 NY LT CRUDE | 07  77.83 | US | 83.60 | |
| 10/03/1 | F1 | 1 | 1 | NOV 11 NY HEATING OIL | 07  277.93 | US | 13,196.40 | |
| 10/03/1 | F1 |   | 1 | NOV 11 NY HEATING OIL | 07  277.93 | US | 7.60 | |
| 10/03/1 | F1 | 1 |   | DEC 11 NY HEATING OIL | 07  277.63 | US | 7.60 | |
| 10/03/1 | F1 | 3 | 3 | NOV 11 NY NATURAL GAS | 07  3.666 | US | 15,000.00 | |
| 10/03/1 | F1 |   | 3 | NOV 11 NY NATURAL GAS | 07  3.666 | US | 22.80 | |
| 10/03/1 | F1 | 3 |   | DEC 11 NY NATURAL GAS | 07  3.978 | US | 22.80 | |
| 10/03/1 | F1 | 1 | 1 | NOV 11 NYM RBOB GAS | 07  253.81 | US | 11,915.40 | |
| 10/03/1 | F1 |   | 1 | NOV 11 NYM RBOB GAS | 07  253.81 | US | 7.60 | |
| 10/03/1 | F1 | 1 |   | DEC 11 NYM RBOB GAS | 07  249.16 | US | 7.60 | |
| 10/03/1 | CD | 3 | 3 | NOV 11 WPG CANOLA | 11  523.00 | CD | 3,772.00 | |
| 10/03/1 | F1 |   |   | NOV 11 WPG CANOLA | | US | 22.74 | |
| 10/03/1 | F2 |   |   | NOV 11 WPG CANOLA | | US | .06 | |
| 10/03/1 | F1 |   |   | JAN 12 WPG CANOLA | | US | 22.74 | |
| 10/03/1 | F2 |   |   | JAN 12 WPG CANOLA | | US | .06 | |
| 10/03/1 | F1 |   |   | 16 NOV 11 LME ALUM US | | US | 22.74 | |
| 10/03/1 | F2 |   | 3 | 16 NOV 11 LME ALUM US | *12  2184.75 | US | .06 | |
| 10/03/1 | F1 |   |   | 21 DEC 11 LME ALUM US | | US | 22.74 | |
| 10/03/1 | F2 | 3 |   | 21 DEC 11 LME ALUM US | *12  2198.50 | US | .06 | |
| 10/03/1 | F1 |   |   | 16 NOV 11 LME COPPER US | | US | 7.58 | |
| 10/03/1 | F2 |   | 1 | 16 NOV 11 LME COPPER US | *12  6980.25 | US | .02 | |
| 10/03/1 | F1 |   |   | 21 DEC 11 LME COPPER US | | US | 7.58 | |
| 10/03/1 | F2 | 1 |   | 21 DEC 11 LME COPPER US | *12  6987.00 | US | .02 | |
| 10/03/1 | F1 |   |   | 16 NOV 11 LME LEAD US | | US | 7.58 | |
| 10/03/1 | F2 |   | 1 | 16 NOV 11 LME LEAD US | *12  1964.50 | US | .02 | |
| 10/03/1 | F1 |   |   | 21 DEC 11 LME LEAD US | | US | 15.16 | |
| 10/03/1 | F2 | 2 |   | 21 DEC 11 LME LEAD US | *12  1960.50 | US | .04 | |
| 10/03/1 | F1 |   |   | 16 NOV 11 LME ZINC US | | US | 15.16 | |
| 10/03/1 | F2 |   | 2 | 16 NOV 11 LME ZINC US | *12  1881.50 | US | .04 | |

E. & O.E.
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS
ON REVERSE SIDE.
*CODED SYMBOLS ARE EXPLAINED
ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE
YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS
STATEMENT IS CORRECT AND RATIFIED.

4

MF Global Inc.
717 Fifth Avenue
9th Floor
New York, NY 10022-8101

# Monthly Commodity Statement

Interested Party: IDM19008

ACCOUNT NUMBER  E 724 ROHRS 34020
DATE  OCT 31, 2011

INTRODUCED BY
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER
OF CASCADE INVESTMENT LLC
2365 CARILLON POINT      (E/S MGD)        DISCRETIONARY
KIRKLAND  WA  98033

PAGE  2

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| 10/03/1 | F1 | | | 21 DEC 11 LME ZINC US | | US | 15.16 | |
| 10/03/1 | F2 | 2 | | 21 DEC 11 LME ZINC US | *12  1890.25 | US | .04 | |
| 10/03/1 | F1 | 1 | 1 | NOV 11 NYCE FCOJ-A ICE PLATFORM | 13  149.90 | US | 6,157.50 | |
| 10/03/1 | F1 | | 1 | NOV 11 NYCE FCOJ-A ICE PLATFORM | 13  149.90 | US | 7.55 | |
| 10/03/1 | F1 | 1 | | JAN 12 NYCE FCOJ-A ICE PLATFORM | 13  148.10 | US | 7.55 | |
| 10/03/1 | F1 | | | NOV 11 IPE BRT CRUDE | | US | 45.48 | |
| 10/03/1 | F2 | 6 | 6 | NOV 11 IPE BRT CRUDE | 19  101.71 | US | 70,380.00 | |
| 10/03/1 | F2 | | 6 | NOV 11 IPE BRT CRUDE | 19  101.71 | US | .12 | |
| 10/03/1 | F1 | | | DEC 11 IPE BRT CRUDE | | US | 37.90 | |
| 10/03/1 | F2 | 5 | | DEC 11 IPE BRT CRUDE | 19  99.62 | US | .10 | |
| 10/03/1 | F1 | | | NOV 11 IPE GAS OIL | | US | 7.58 | |
| 10/03/1 | F2 | 1 | 1 | NOV 11 IPE GAS OIL | 19  870.00 | US | 9,200.00 | |
| 10/03/1 | F2 | | 1 | NOV 11 IPE GAS OIL | 19  870.00 | US | .02 | |
| 10/03/1 | F1 | | | DEC 11 IPE GAS OIL | | US | 7.58 | |
| 10/03/1 | F2 | 1 | | DEC 11 IPE GAS OIL | 19  862.50 | US | .02 | |
| 10/03/1 | F1 | | | FEB 12 TGE RED BEANS | | US | 7.58 | |
| 10/03/1 | F2 | | | FEB 12 TGE RED BEANS | | US | .02 | |
| 10/03/1 | JY | 1 | 1 | FEB 12 TGE RED BEANS | 20  11610.0 | JY | | 5,600 |
| 10/03/1 | F1 | | | FEB 12 TOCOM RUBBER | | US | 15.16 | |
| 10/03/1 | F2 | | | FEB 12 TOCOM RUBBER | | US | .04 | |
| 10/03/1 | JY | 2 | 2 | FEB 12 TOCOM RUBBER | 20  301.70 | JY | 720,000 | |
| 10/03/1 | F1 | | | MAR 12 TOCOM RUBBER | | US | 15.16 | |
| 10/03/1 | F2 | | | MAR 12 TOCOM RUBBER | | US | .04 | |
| 10/03/1 | F1 | | | NOV 11 MTF MIL WHEAT | | US | 22.74 | |
| 10/03/1 | F2 | | | NOV 11 MTF MIL WHEAT | | US | .06 | |
| 10/03/1 | R2 | 3 | 3 | NOV 11 MTF MIL WHEAT | 25  185.50 | EU | 1,950.00 | |
| 10/03/1 | F1 | | | JAN 12 MTF MIL WHEAT | | US | 22.74 | |
| 10/03/1 | F2 | | | JAN 12 MTF MIL WHEAT | | US | .06 | |
| 10/03/1 | F1 | | | CONVERT USD TO JY AT 76.52 CURRENCY CONVERSION | CUR CNV | US | 9,800.00 | |
| 10/03/1 | F1 | | | CONVERT R2 AT  1.323 CURRENCY CONVERSION | CUR CNV | US | | 10,980.90 |
| 10/03/1 | JY | | | CONVERT USD TO JY AT 76.52 CURRENCY CONVERSION | CUR CNV | JY | | 749,896 |

E. & O.E.
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.
*CODED SYMBOLS ARE EXPLAINED ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS STATEMENT IS CORRECT AND RATIFIED.

5

11-02790-mg    Doc 1480-1    Filed 04/27/12    Entered 04/27/12 20:07:23    Exhibit A
                                    Pg 4 of 10

# Monthly Commodity Statement

MF Global Inc.
717 Fifth Avenue
9th Floor
New York, NY 10022-8101

Interested Party: IDM 19008

ACCOUNT NUMBER   E 724 ROHRS 34020
DATE   OCT 31, 2011

INTRODUCED BY
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER
OF CASCADE INVESTMENT LLC
2365 CARILLON POINT    (E/S MGD)
KIRKLAND   WA   98033

DISCRETIONARY

PAGE   3

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| 10/03/1 | R2 | | | CONVERT R2 AT 1.323 CURRENCY CONVERSION | CUR CNV | EU | 8,300.00 | |
| 10/04/1 | F1 | 1 | | DEC 11 CBOT CORN | 01   5.92 3/4 | US | 7.60 | |
| 10/04/1 | F1 | 1 | | DEC 11 CBOT OATS | 01   3.28 | US | 7.60 | |
| 10/04/1 | F1 | 2 | 2 | NOV 11 CBOT SOYBEANS | 01   11.77 3/4 | US | 19,700.00 | |
| 10/04/1 | F1 | | 2 | NOV 11 CBOT SOYBEANS | 01   11.77 3/4 | US | 15.10 | |
| 10/04/1 | F1 | 2 | | JAN 12 CBOT SOYBEANS | 01   11.88 3/4 | US | 15.10 | |
| 10/04/1 | F1 | 1 | | DEC 11 CBOT WHEAT | 01   6.19 | US | 7.60 | |
| 10/19/1 | F2 | 8 | 8 | 19 OCT 11 LME ALUM US | *12   2437.50 | US | 37,825.00 | |
| 10/19/1 | F2 | 2 | 2 | 19 OCT 11 LME COPPER US | *12   9138.00 | US | 29,275.00 | |
| 10/19/1 | F2 | 1 | 1 | 19 OCT 11 LME NICKEL US | *12   22179.00 | US | 16,896.00 | |
| 10/19/1 | F2 | 4 | 4 | 19 OCT 11 LME LEAD US | *12   2557.50 | US | 3,975.00 | |
| 10/19/1 | F2 | 1 | 1 | 19 OCT 11 LME TIN US | *12   24360.00 | US | 18,665.00 | |
| 10/19/1 | F2 | 4 | 4 | 19 OCT 11 LME ZINC US | *12   2226.00 | US | 22,456.25 | |
| 10/19/1 | F1 | | | TRSF F1/F2 MISCELLANEOUS | MISCEL | US | | 1,000,000.00 |
| 10/19/1 | F2 | | | TRSF F1/F2 MISCELLANEOUS | MISCEL | US | 1,000,000.00 | |
| 10/20/1 | F1 | | | AUG11 BROKER ALLOCATION 0627         00000 | | US | .70 | |
| 10/27/1 | F1 | 18 | 18 | DEC 11 CBOT CORN | 01   6.39 3/4 | US | 28,225.00 | |
| 10/27/1 | F1 | | 18 | DEC 11 CBOT CORN | 01   6.39 3/4 | US | 136.80 | |
| 10/27/1 | F1 | 4 | 4 | DEC 11 CBOT OATS | 01   3.29 | US | 4,275.00 | |
| 10/27/1 | F1 | | 4 | DEC 11 CBOT OATS | 01   3.29 | US | 30.40 | 8,400.00 |
| 10/27/1 | F1 | 6 | 6 | JAN 12 CBOT SOYBEANS | 01   12.34 1/2 | US | | |
| 10/27/1 | F1 | | 6 | JAN 12 CBOT SOYBEANS | 01   12.34 1/2 | US | 45.60 | |
| 10/27/1 | F1 | 18 | 18 | DEC 11 CBOT WHEAT | 01   6.25 1/2 | US | 78,700.00 | |
| 10/27/1 | F1 | | 18 | DEC 11 CBOT WHEAT | 01   6.25 1/2 | US | 136.80 | |
| 10/27/1 | F1 | 3 | 3 | DEC 11 CBT BEAN MEAL | 01   319.00 | US | 10,180.00 | |
| 10/27/1 | F1 | | 3 | DEC 11 CBT BEAN MEAL | 01   319.00 | US | 22.80 | |
| 10/27/1 | F1 | 8 | 8 | DEC 11 CBT BEAN OIL | 01   51.83 | US | 37,890.00 | |
| 10/27/1 | F1 | | 8 | DEC 11 CBT BEAN OIL | 01   51.83 | US | 60.80 | 5,000.00 |
| 10/27/1 | F1 | 3 | 3 | JAN 12 BOT RGH RICE | 01   17.15 | US | | |
| 10/27/1 | F1 | | 3 | JAN 12 BOT RGH RICE | 01   17.15 | US | 22.80 | |
| 10/27/1 | F1 | 4 | 4 | JAN 12 CME REV LUMBR | 02   236.00 | US | 55.00 | |
| 10/27/1 | F1 | | 4 | JAN 12 CME REV LUMBR | 02   236.00 | US | 30.40 | 7,500.00 |
| 10/27/1 | F1 | 4 | 4 | DEC 11 CME LEAN HOGS | 02   87.45 | US | | |
| 10/27/1 | F1 | | 4 | DEC 11 CME LEAN HOGS | 02   87.45 | US | 30.40 | 9,590.00 |
| 10/27/1 | F1 | 5 | 5 | DEC 11 CME CATTLE | 02   120.65 | US | | |
| 10/27/1 | F1 | | 5 | DEC 11 CME CATTLE | 02   120.65 | US | 38.00 | 44,320.00 |
| 10/27/1 | F1 | 2 | 2 | DEC 11 CMX GOLD GLOBEX TRADE | 04   1730.40 | US | | |
| 10/27/1 | F1 | | 2 | DEC 11 CMX GOLD GLOBEX TRADE | 04   1730.40 | US | 15.20 | |

E. & O.E.
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS
ON REVERSE SIDE.
*CODED SYMBOLS ARE EXPLAINED
ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE
YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS
STATEMENT IS CORRECT AND RATIFIED.

6

MF Global Inc.
717 Fifth Avenue
9th Floor
New York, NY 10022-8101

# Monthly Commodity Statement

Interested Party: IDM19008

ACCOUNT NUMBER   E 724 ROHRS 34020
DATE   OCT 31, 2011

INTRODUCED BY
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER
OF CASCADE INVESTMENT LLC
2365 CARILLON POINT    (E/S MGD)
KIRKLAND  WA  98033

DISCRETIONARY

PAGE   4

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| 10/27/1 | F1 | 2 | 2 | DEC 11 CMX SILVER GLOBEX TRADE | 04  3440.00 | US | 9,070.00 | |
| 10/27/1 | F1 | | 2 | DEC 11 CMX SILVER GLOBEX TRADE | 04  3440.00 | US | 15.20 | |
| 10/27/1 | F1 | 4 | 4 | DEC 11 ICEUS COCOA ICE PLATFORM | 06  27.46 | US | 10,310.00 | |
| 10/27/1 | F1 | | 4 | DEC 11 ICEUS COCOA ICE PLATFORM | 06  27.46 | US | 30.40 | |
| 10/27/1 | F1 | | | SEP11 BROKER ALLOCATION 0627          00000 | | US | 1.30 | |
| 10/27/1 | F1 | 9 | 9 | MAR 12 ICEUS SUGAR11 ICE PLATFORM | 06  26.75 | US | 16,912.00 | |
| 10/27/1 | F1 | | 9 | MAR 12 ICEUS SUGAR11 ICE PLATFORM | 06  26.75 | US | 68.40 | |
| 10/27/1 | F1 | 3 | 3 | DEC 11 ICEUS COFFEEC ICE PLATFORM | 06  238.65 | US | | 1,368.75 |
| 10/27/1 | F1 | | 3 | DEC 11 ICEUS COFFEEC ICE PLATFORM | 06  238.65 | US | 22.80 | |
| 10/27/1 | F1 | 31 | 31 | DEC 11 NY LT CRUDE GLOBEX TRADE | 07  93.01 | US | | 410,780.00 |
| 10/27/1 | F1 | | 31 | DEC 11 NY LT CRUDE GLOBEX TRADE | 07  93.01 | US | 235.60 | |
| 10/27/1 | F1 | 2 | 2 | DEC 11 NY HEATING OIL GLOBEX TRADE | 07  309.19 | US | | 24,360.00 |
| 10/27/1 | F1 | | 2 | DEC 11 NY HEATING OIL GLOBEX TRADE | 07  309.19 | US | 15.20 | |
| 10/27/1 | F1 | 9 | 9 | DEC 11 NY NATURAL GAS GLOBEX TRADE | 07  3.758 | US | 20,430.00 | |
| 10/27/1 | F1 | | 9 | DEC 11 NY NATURAL GAS GLOBEX TRADE | 07  3.758 | US | 68.40 | |
| 10/27/1 | F1 | 3 | 3 | DEC 11 NYM RBOB GAS GLOBEX TRADE | 07  271.35 | US | | 24,658.20 |
| 10/27/1 | F1 | | 3 | DEC 11 NYM RBOB GAS GLOBEX TRADE | 07  271.35 | US | 22.80 | |
| 10/27/1 | F1 | 3 | 3 | JAN 12 NY PLATINUM GLOBEX TRADE | 07  1626.50 | US | 33,120.00 | |
| 10/27/1 | F1 | | 3 | JAN 12 NY PLATINUM GLOBEX TRADE | 07  1626.50 | US | 22.80 | |
| 10/27/1 | F1 | 1 | 1 | DEC 11 NY PALLADIUM GLOBEX TRADE | 07  668.85 | US | 12,160.00 | |
| 10/27/1 | F1 | | 1 | DEC 11 NY PALLADIUM GLOBEX TRADE | 07  668.85 | US | 7.60 | |
| 10/27/1 | F1 | 3 | 3 | DEC 11 KC WHEAT GLOBEX TRADE | 08  7.21 1/2 | US | 11,662.50 | |
| 10/27/1 | F1 | | 3 | DEC 11 KC WHEAT GLOBEX TRADE | 08  7.21 1/2 | US | 22.80 | |
| 10/27/1 | CD | 9 | 9 | JAN 12 WPG CANOLA | 11  536.40 | CD | 374.00 | |
| 10/27/1 | F1 | | | JAN 12 WPG CANOLA | | US | 68.22 | |
| 10/27/1 | F2 | | | JAN 12 WPG CANOLA | | US | .18 | |
| 10/27/1 | F1 | | | 21 DEC 11 LME ALUM US | | US | 68.22 | |

E. & O.E.
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.
*CODED SYMBOLS ARE EXPLAINED ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS STATEMENT IS CORRECT AND RATIFIED.

7

MF Global Inc.
717 Fifth Avenue
9th Floor
New York, NY 10022-8101

# Monthly Commodity Statement

Interested Party: IDM 19008

ACCOUNT NUMBER  E 724 ROHRS 34020
DATE  OCT 31, 2011

INTRODUCED BY
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER
OF CASCADE INVESTMENT LLC
2365 CARILLON POINT    (E/S MGD)
KIRKLAND   WA   98033

DISCRETIONARY

PAGE  5

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| 10/27/1 | F2 | | 9 | 21 DEC 11 LME ALUM US      *12 | 2276.00 | US | .18 | |
| 10/27/1 | F1 | | | 21 DEC 11 LME COPPER US | | US | 22.74 | |
| 10/27/1 | F2 | | 3 | 21 DEC 11 LME COPPER US    *12 | 8148.00 | US | .06 | |
| 10/27/1 | F1 | | | 21 DEC 11 LME NICKEL US | | US | 7.58 | |
| 10/27/1 | F2 | | 1 | 21 DEC 11 LME NICKEL US    *12 | 19873.00 | US | .02 | |
| 10/27/1 | F1 | | | 21 DEC 11 LME LEAD US | | US | 37.90 | |
| 10/27/1 | F2 | | 5 | 21 DEC 11 LME LEAD US      *12 | 2017.00 | US | .10 | |
| 10/27/1 | F1 | | | 21 DEC 11 LME TIN US | | US | 7.58 | |
| 10/27/1 | F2 | | 1 | 21 DEC 11 LME TIN US       *12 | 21950.00 | US | .02 | |
| 10/27/1 | F1 | | | 21 DEC 11 LME ZINC US | | US | 37.90 | |
| 10/27/1 | F2 | | 5 | 21 DEC 11 LME ZINC US      *12 | 1926.00 | US | .10 | |
| 10/27/1 | F1 | 10 | 10 | DEC 11 NYC COTTON ICE PLATFORM | 13   102.15 | US | 141,190.00 | |
| 10/27/1 | F1 | | 10 | DEC 11 NYC COTTON ICE PLATFORM | 13   102.15 | US | 76.00 | |
| 10/27/1 | F1 | 3 | 3 | JAN 12 NYCE FCOJ-A ICE PLATFORM | 13   175.40 | US | | 12,090.00 |
| 10/27/1 | F1 | | 3 | JAN 12 NYCE FCOJ-A ICE PLATFORM | 13   175.40 | US | 22.80 | |
| 10/27/1 | F1 | | | DEC 11 IPE BRT CRUDE | | US | 121.28 | |
| 10/27/1 | F2 | 16 | 16 | DEC 11 IPE BRT CRUDE | 19   111.75 | US | | 172,290.00 |
| 10/27/1 | F2 | | 16 | DEC 11 IPE BRT CRUDE | 19   111.75 | US | .32 | |
| 10/27/1 | F1 | | | DEC 11 IPE GAS OIL | | US | 15.16 | |
| 10/27/1 | F2 | 2 | 2 | DEC 11 IPE GAS OIL | 19   959.00 | US | | 16,825.00 |
| 10/27/1 | F2 | | 2 | DEC 11 IPE GAS OIL | 19   959.00 | US | .04 | |
| 10/27/1 | F1 | | | JAN 12 MTF MIL WHEAT | | US | 68.22 | |
| 10/27/1 | F2 | | | JAN 12 MTF MIL WHEAT | | US | .18 | |
| 10/27/1 | R2 | 9 | 9 | JAN 12 MTF MIL WHEAT | 25   183.25 | EU | 1,575.00 | |
| 10/27/1 | F1 | | | FEB 12 MTF RAPESEED | | US | 7.58 | |
| 10/27/1 | F2 | | | FEB 12 MTF RAPESEED | | US | .02 | |
| 10/27/1 | R2 | 1 | 1 | FEB 12 MTF RAPESEED | 25   423.25 | EU | | 612.50 |
| 10/27/1 | F1 | | | WIRE DISBURSED WIRE SENT | W/S CHI | US | 732,000.00 | |
| 10/27/1 | F1 | | | TRF F1\F2 MISCELLANEOUS | MISCEL | US | | 330,000.00 |
| 10/27/1 | F2 | | | TRF F1\F2 MISCELLANEOUS | MISCEL | US | 330,000.00 | |
| 10/27/1 | F1 | | 2000,000 | US T BILL DUE 12/29/2011 DISCOUNT .030 T-BILL SALE | TB SELL | US | | 1,999,860.00 |

E. & O.E.
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS
ON REVERSE SIDE.
*CODED SYMBOLS ARE EXPLAINED
ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE
YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS
STATEMENT IS CORRECT AND RATIFIED.

8

FCStone, LLC
717 Fifth Avenue
9th Floor
New York, NY 10022-8101

# Monthly Commodity Statement

Interested Party: IDM 19008

ACCOUNT NUMBER  E 724 ROHRS 34020
DATE  OCT 31, 2011

INTRODUCED BY
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER
OF CASCADE INVESTMENT LLC                          DISCRETIONARY
2365 CARILLON POINT    (E/S MGD)
KIRKLAND  WA  98033

PAGE  6

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| 10/27/1 | F1 | | 7000,000 | US T BILL DUE 12/29/2011 DISCOUNT .030 T-BILL SALE | TB SELL | US | | 6,999,632.50 |
| 10/27/1 | F1 | | 2000,000 | US T BILL DUE 12/29/2011 DISCOUNT .030 T-BILL SALE | TB SELL | US | | 1,999,895.00 |
| 10/28/1 | F1 | | | MAR 12 TGE RED BEANS | | US | 7.58 | |
| 10/28/1 | F2 | | | MAR 12 TGE RED BEANS | | US | .02 | |
| 10/28/1 | JY | 1 | 1 | MAR 12 TGE RED BEANS | 20  11640.0 | JY | | 0 |
| 10/28/1 | F1 | | | MAR 12 TOCOM RUBBER | | US | 45.48 | |
| 10/28/1 | F2 | | | MAR 12 TOCOM RUBBER | | US | .12 | |
| 10/28/1 | JY | 6 | 6 | MAR 12 TOCOM RUBBER | 20  312.00 | JY | | 213,000 |
| 10/28/1 | AD | | | CONVERT AD AT 1.0729 CURRENCY CONVERSION | CUR CNV | AD | 12,393.91 | |
| 10/28/1 | CD | | | CONVERT CD AT 0.9923 CURRENCY CONVERSION | CUR CNV | CD | 92,671.72 | |
| 10/28/1 | F1 | | | WIRE DISBURSED WIRE SENT | W/S CHI | US | 11,590,532.00 | |
| 10/28/1 | F1 | | | CONVERT AD AT 1.0729 CURRENCY CONVERSION | CUR CNV | US | | 13,297.43 |
| 10/28/1 | F1 | | | CONVERT CD AT 0.9923 CURRENCY CONVERSION | CUR CNV | US | | 93,390.83 |
| 10/28/1 | F1 | | | TSFR F1/F2 MISCELLANEOUS | MISCEL | US | | 425,436.36 |
| 10/28/1 | F2 | | | TSFR F1/F2 MISCELLANEOUS | MISCEL | US | 425,436.36 | |

```
++++++++++++++++++++ LME CONTRACT LEGEND ++++++++++++++++++++
- An asterisk to the LEFT of the exchange code (*EX) indicates:
       THIS IS AN LME REGISTERED CLIENT CONTRACT
- An asterisk to the RIGHT of the exchange code (EX*) indicates:
       THIS IS NOT AN LME REGISTERED CLIENT CONTRACT
* * * * * * * * * * * * *   P O S I T I O N S   I N   Y O U R   A C C O U N T  * * * * * * * * * * * * * * * *
```

| 8/30/1 | F2 | 3 | | 16 NOV 11 LME ALUM US | *12 | 2420.00 | US | 16,331.25 | |
| 8/31/1 | F2 | 3 | | 16 NOV 11 LME ALUM US | *12 | 2465.00 | US | 19,706.25 | |
| 9/01/1 | F2 | 3 | | 16 NOV 11 LME ALUM US | *12 | 2449.75 | US | 18,562.50 | |
| 9/29/1 | F2 | | 3 | 16 NOV 11 LME ALUM US | *12 | 2231.00 | US | | 2,156.25 |
| 9/30/1 | F2 | | 3 | 16 NOV 11 LME ALUM US | *12 | 2140.75 | US | 4,612.50 | |
| 10/03/1 | F2 | | 3 | 16 NOV 11 LME ALUM US | *12 | 2184.75 | US | 1,312.50 | |
| | | 9* | 9* | OPEN TRADE EQUITY | | 2202.25 | | 58,368.75* | |

E. & O.E.
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.
*CODED SYMBOLS ARE EXPLAINED ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS STATEMENT IS CORRECT AND RATIFIED.

MF Global Inc  
717 Fifth Avenue  
9th Floor  
New York, NY 10022-8101

# Monthly Commodity Statement

Interested Party: IDM19008

ACCOUNT NUMBER    E 724 ROHRS 34020  
DATE    OCT 31, 2011

INTRODUCED BY  
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER  
OF CASCADE INVESTMENT LLC                                DISCRETIONARY  
2365 CARILLON POINT      (E/S MGD)  
KIRKLAND  WA  98033

PAGE    7

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| 9/29/1 | F2 | 3 | | 21 DEC 11 LME ALUM US | *12  2244.50 | US | 2,118.75 | |
| 9/30/1 | F2 | 3 | | 21 DEC 11 LME ALUM US | *12  2154.25 | US | | 4,650.00 |
| 10/03/1 | F2 | 3 | | 21 DEC 11 LME ALUM US | *12  2198.50 | US | | 1,331.25 |
| 10/27/1 | F2 | | 9 | 21 DEC 11 LME ALUM US | *12  2276.00 | US | | 13,443.75 |
| | | 9* | 9* | OPEN TRADE EQUITY | 2216.25 | | | 17,306.25* |
| 8/30/1 | F2 | 1 | | 16 NOV 11 LME COPPER US | *12  9160.00 | US | 29,350.00 | |
| 8/31/1 | F2 | 1 | | 16 NOV 11 LME COPPER US | *12  9276.00 | US | 32,250.00 | |
| 9/29/1 | F2 | | 1 | 16 NOV 11 LME COPPER US | *12  7223.00 | US | 19,075.00 | |
| 10/03/1 | F2 | | 1 | 16 NOV 11 LME COPPER US | *12  6980.25 | US | 25,143.75 | |
| | | 2* | 2* | OPEN TRADE EQUITY | 7986.00 | | 105,818.75* | |
| 9/29/1 | F2 | | 1 | 21 DEC 11 LME COPPER US | *12  7230.00 | US | | 19,075.00 |
| 9/30/1 | F2 | | 1 | 21 DEC 11 LME COPPER US | *12  7017.50 | US | | 24,387.50 |
| 10/03/1 | F2 | | 1 | 21 DEC 11 LME COPPER US | *12  6987.00 | US | | 25,150.00 |
| 10/27/1 | F2 | | 3 | 21 DEC 11 LME COPPER US | *12  8148.00 | US | | 11,625.00 |
| | | 3* | 3* | OPEN TRADE EQUITY | 7993.00 | | | 80,237.50* |
| 8/31/1 | F2 | 1 | | 16 NOV 11 LME NICKEL US | *12  22199.00 | US | 15,840.00 | |
| 9/30/1 | F2 | | 1 | 16 NOV 11 LME NICKEL US | *12  17580.00 | US | 11,874.00 | |
| | | 1* | 1* | OPEN TRADE EQUITY | 19559.00 | | 27,714.00* | |
| 9/30/1 | F2 | 1 | | 21 DEC 11 LME NICKEL US | *12  17605.00 | US | | 11,784.00 |
| 10/27/1 | F2 | | 1 | 21 DEC 11 LME NICKEL US | *12  19873.00 | US | | 1,824.00 |
| | | 1* | 1* | OPEN TRADE EQUITY | 19569.00 | | | 13,608.00* |
| 8/30/1 | F2 | 1 | | 16 NOV 11 LME LEAD US | *12  2560.00 | US | 12,350.00 | |
| 8/31/1 | F2 | 2 | | 16 NOV 11 LME LEAD US | *12  2583.00 | US | 25,850.00 | |
| 9/01/1 | F2 | 1 | | 16 NOV 11 LME LEAD US | *12  2553.50 | US | 12,187.50 | |
| 9/29/1 | F2 | | 1 | 16 NOV 11 LME LEAD US | *12  2020.00 | US | 1,150.00 | |
| 9/30/1 | F2 | | 2 | 16 NOV 11 LME LEAD US | *12  1983.50 | US | 4,125.00 | |
| 10/03/1 | F2 | | 1 | 16 NOV 11 LME LEAD US | *12  1964.50 | US | 2,537.50 | |
| | | 4* | 4* | OPEN TRADE EQUITY | 2066.00 | | 58,200.00* | |
| 9/29/1 | F2 | 1 | | 21 DEC 11 LME LEAD US | *12  2021.00 | US | | 1,318.75 |
| 9/30/1 | F2 | 2 | | 21 DEC 11 LME LEAD US | *12  1985.50 | US | | 4,412.50 |
| 10/03/1 | F2 | 2 | | 21 DEC 11 LME LEAD US | *12  1960.50 | US | | 5,662.50 |
| 10/27/1 | F2 | | 5 | 21 DEC 11 LME LEAD US | *12  2017.00 | US | 7,093.75 | |
| | | 5* | 5* | OPEN TRADE EQUITY | 2073.75 | | | 4,300.00* |
| 8/31/1 | F2 | 1 | | 16 NOV 11 LME TIN US | *12  24392.00 | US | 12,125.00 | |
| 9/30/1 | F2 | | 1 | 16 NOV 11 LME TIN US | *12  20345.00 | US | 8,110.00 | |
| | | 1* | 1* | OPEN TRADE EQUITY | 21967.00 | | 20,235.00* | |
| 9/30/1 | F2 | 1 | | 21 DEC 11 LME TIN US | *12  20360.00 | US | | 8,105.00 |
| 10/27/1 | F2 | | 1 | 21 DEC 11 LME TIN US | *12  21950.00 | US | 155.00 | |
| | | 1* | 1* | OPEN TRADE EQUITY | 21981.00 | | | 7,950.00* |
| 8/30/1 | F2 | 1 | | 16 NOV 11 LME ZINC US | *12  2282.50 | US | 7,337.50 | |
| 8/31/1 | F2 | 2 | | 16 NOV 11 LME ZINC US | *12  2289.50 | US | 15,025.00 | |
| 9/01/1 | F2 | 2 | | 16 NOV 11 LME ZINC US | *12  2236.00 | US | 12,350.00 | |

E. & O.E.  
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS  
ON REVERSE SIDE.  
*CODED SYMBOLS ARE EXPLAINED  
ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE  
YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS  
STATEMENT IS CORRECT AND RATIFIED.

MF Global Inc.
717 Fifth Avenue
9th Floor
New York, NY 10022-8101

# Monthly Commodity Statement

Interested Party: IDM19008

ACCOUNT NUMBER  E 724 ROHRS 34020
DATE  OCT 31, 2011

INTRODUCED BY
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER
OF CASCADE INVESTMENT LLC
2365 CARILLON POINT    (E/S MGD)
KIRKLAND  WA  98033

DISCRETIONARY

PAGE  8

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| 9/29/1 | F2 | | 2 | 16 NOV 11 LME ZINC US | *12  1916.00 | US | 3,650.00 | |
| 9/30/1 | F2 | | 1 | 16 NOV 11 LME ZINC US | *12  1850.00 | US | 3,475.00 | |
| 10/03/1 | F2 | | 2 | 16 NOV 11 LME ZINC US | *12  1881.50 | US | 5,375.00 | |
| | | 5* | 5* | OPEN TRADE EQUITY | 1989.00 | | 47,212.50* | |
| 9/29/1 | F2 | 2 | | 21 DEC 11 LME ZINC US | *12  1924.00 | US | | 3,525.00 |
| 9/30/1 | F2 | 1 | | 21 DEC 11 LME ZINC US | *12  1858.25 | US | | 3,406.25 |
| 10/03/1 | F2 | 2 | | 21 DEC 11 LME ZINC US | *12  1890.25 | US | | 5,212.50 |
| 10/27/1 | F2 | | 5 | 21 DEC 11 LME ZINC US | *12  1926.00 | US | 8,562.50 | |
| | | 5* | 5* | OPEN TRADE EQUITY | 1994.50 | | | 3,581.25* |

```
+++++++++++++++++++++ LME CONTRACT LEGEND +++++++++++++++++++++
- An asterisk to the LEFT of the exchange code (*EX) indicates:
      THIS IS AN LME REGISTERED CLIENT CONTRACT
- An asterisk to the RIGHT of the exchange code (EX*) indicates:
      THIS IS NOT AN LME REGISTERED CLIENT CONTRACT
```

|  | **USD-SEG 1.25(F1)** | * USD-SECURED (F2) * | * AUD-SECURED(AD) * | * CAD-SECURED (CD) * |
|---|---|---|---|---|
| BEGINNING BALANCE | 364,419.55- | 1,965,561.73 | 12,393.91 | 96,817.72 |
| THIS MONTH'S ACTIVITY | 471,055.43 | 1,774,995.87- | 12,393.91- | 96,817.72- |
| ENDING BALANCE | 106,635.88 | 190,565.86 | .00 | .00 |
| FUTURES OPEN TRADE EQUITY | .00 | 190,566.00- | .00 | .00 |
| ACCOUNT VALUE AT MARKET | 106,635.88 | .14- | .00 | .00 |
| CURRENCY CONVERSION RATE TO US | 1.00000000 | 1.00000000 | 1.05400000 | .99990000 |
| CONVERTED MARKET VALUE | 106,635.88 | .14- | .00 | .00 |
| TOTAL COMMISSIONS | 2,385.72- | .00 | .00 | .00 |
| TOTAL CLEARING FEES | 2.00- | .00 | .00 | .00 |
| TOTAL REGULATORY FEES | 4.12- | 2.26- | .00 | .00 |
| TOTAL OTHER FEES | 31.90- | .00 | .00 | .00 |

|  | * JPY-SECURED(JY) * | * EUR-SECURED(R2) * | ** CONVERTED TOTAL * |
|---|---|---|---|
| BEGINNING BALANCE | 10,325,860 | 117,940.55 | 2,006,469.31 |
| THIS MONTH'S ACTIVITY | 248,496 | 11,212.50- | 1,426,167.35- |
| ENDING BALANCE | 10,574,356 | 106,728.05 | 580,301.95 |
| FUTURES OPEN TRADE EQUITY | 0 | .00 | 190,566.00- |
| ACCOUNT VALUE AT MARKET | 10,574,356 | 106,728.05 | 389,735.95 |
| CURRENCY CONVERSION RATE TO US | .01278935 | 1.38540037 | 1.00000000 |
| CONVERTED MARKET VALUE | 135,239 | 147,861.07 | 389,735.95 |
| TOTAL COMMISSIONS | 0 | .00 | 2,385.72- |
| TOTAL CLEARING FEES | 0 | .00 | 2.00- |
| TOTAL REGULATORY FEES | 0 | .00 | 6.38- |
| TOTAL OTHER FEES | 0 | .00 | 31.90- |

|  |  | *** CURRENT MONTH *** | *** YEAR-TO-DATE *** |
|---|---|---|---|
| CREDIT INTEREST | US | .00 | 635.86 |
| FUTURES PROFIT/LOSS | CD | 4,146.00- | 6,228.56- |
| FUTURES PROFIT/LOSS | EU | 2,912.50- | 18,075.00- |

E. & O.E.
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE.
*CODED SYMBOLS ARE EXPLAINED ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS STATEMENT IS CORRECT AND RATIFIED.

MF Global Inc
717 Fifth Avenue
9th Floor
New York, NY 10022-8101

# Monthly Commodity Statement

Interested Party: IDM 19008

ACCOUNT NUMBER   E 724 ROHRS 34020
DATE   OCT 31, 2011

INTRODUCED BY
THE PRICE FUTURES GROUP INC

WILLIAM H GATES III SOLE MEMBER
OF CASCADE INVESTMENT LLC                          DISCRETIONARY
2365 CARILLON POINT    (E/S MGD)
KIRKLAND  WA  98033

PAGE    9

```
                        *** CURRENT MONTH ***  *** YEAR-TO-DATE ***
FUTURES PROFIT/LOSS   JY         501,400-            1,596,300-
FUTURES PROFIT/LOSS   US          88,665.10-           685,109.20
```

E. & O.E.
RETAIN FOR TAX RECORDS.

SUBJECT TO TERMS AND CONDITIONS
ON REVERSE SIDE.
*CODED SYMBOLS ARE EXPLAINED
ON REVERSE SIDE.

PLEASE REPORT ANY DIFFERENCES IMMEDIATELY. THE FAILURE TO IMMEDIATELY EXERCISE
YOUR RIGHT TO HAVE ERRORS CORRECTED WILL BE DEEMED YOUR AGREEMENT THAT THIS
STATEMENT IS CORRECT AND RATIFIED.