**Ing.Luis Demetrio Arandia Muguira**

---

**De:** Julio Sera [Julio.Sera@intlfcstone.com]
**Enviado el:** viernes, 14 de octubre de 2011 09:23 a.m.
**Para:** Ing.Luis Demetrio Arandia Muguira (descame@prodigy.net.mx)
**Asunto:** Entregas Robusta
**Datos adjuntos:** SKMBT_60111101407590.pdf

Hola mi Estimado Demetrio...feliz viernes!!!

Aquí tienes los detalles de las bodegas caballero. Hoy te cobran el ultimo lote un la 74276. Cualquier inquietud que tengas por favor déjame saber.

Un abrazo,

Julio Sera
Telephone:      305-982-4600
Direct Line:    305-982-4593
Mobile:         305-300-5140
AOL & Skype:    juliohencorp
www.intlfcstone.com<http://www.intlfcstone.com/>

This data and these comments are provided for information purposes only and are not intended to be used for specific trading strategies. Commodity trading is risky and FCStone Group, Inc., INTL FCStone Inc., and their affiliates assume no liability for the use of any information contained herein. Although all information is believed to be reliable, we cannot guarantee its accuracy and completeness. Past financial results are not necessarily indicative of future performance. Any examples given are strictly hypothetical and no representation is being made that any person will or is likely to achieve profits or losses similar to those examples. References to and discussions of exchange traded products are made solely on behalf of FCStone, LLC. References to and discussions of OTC products are made solely on behalf of INTL Hanley, LLC, and OTC products are only available to eligible counterparties.

**Notice Day:**  30 Sep 2011

## Invoice Summary

| | |
|---|---|
| **Member** | MAN |
| **Member Name** | MF Global UK Ltd |
| **Address** | 5 Churchill Place |
| | Canary Wharf |
| | London |
| | E14 5HU |
| | United Kingdom (Great Britain) |
| **Account** | C |
| **Delivery Month** | Sep11 |

The following (1) warrants of robusta beans were tendered to you today.
A total sum of USD 20,151.38 is due to LCH.Clearnet on the 14 Oct 2011.

VAT Registration Number: GB 245 2311 93, Registered in England No. 25932.
Registered Office: Aldgate House, 33 Aldgate High Street, London EC3N 1EA.
Recognised as a Clearing House under the Financial Services and Markets Act 2000.

| | | | |
|---|---|---|---|
| 5 Churchill Place<br>Canary Wharf<br>London<br>E14 5HU<br>United Kingdom (Great Britain) | **LCH.Clearnet Limited**<br>**Buyer Invoice**<br>Member        : MAN<br>Member Name   : MF Global UK Ltd<br>Account       : C<br>Warrant Number : 109725 | Delivery Period :<br>Tender Day      :<br>Settlement Day  : | Sep11/19724<br>Sep 2011<br>30 Sep 2011<br>14 Oct 2011 |

**Commodity:** RC    **Port:** ANT    **WHK:** DMN    **Shed:** ANT190

**Lotting Account Details :**

| | | | | | |
|---|---|---|---|---|---|
| Origin    : MAD | Weigh Date | : 14 May 2011 | Gross Weight | : | 10,454.00 |
| Duty Type : N   | Rent Date  | : 30 Sep 2011 | Total Tare Weight | : | 172.00 |
| | | | Total Sample Weight : | | 1.50 |
| | | | Net Weight | : | 10,280.50 |

**Grading Details :**

Grading Date    :    21 May 2011

**Grading Allowances (Per Tonne) :**

| | | |
|---|---|---|
| Class | : | 1 |
| Class Allowance | : | 0.00 |
| Total Grading Allowance (Per Tonne) | : | 0.00 |

**Invoice Values:**

| | | |
|---|---|---|
| Delivery Price (EDSP) | : | 1,964.00 |
| Import Duty Price | : | 2,298.00 |
| Contract Value | : | 19,640.00 |
| LESS Reweigh Allowance | : | 0.00 |
| LESS Age Allowance | : | 0.00 |
| LESS Import Duty | : | 0.00 |
| PLUS Grading Allowance | : | 0.00 |
| LESS Rent / Fum Allowance | : | 39.52 |
| PLUS Surplus Allowance | : | 550.90 |
| PARCEL VALUE | : | 20,151.38 |

Amount Due to LCH.Clearnet Limited: (USD)    20,151.38

VAT Registration Number: GB 245 2311 93, Registered in England No. 25932.
Registered Office: Aldgate House, 33 Aldgate High Street, London EC3N 1EA.
Recognised as a Clearing House under the Financial Services and Markets Act 2000.

# LCH.Clearnet Limited

5 Churchill Place
Canary Wharf
London
E14 5HU
United Kingdom (Great Britain)

Member        : MAN
Member Name   : MF Global UK Ltd

## Summary Invoice and Account Sales Details

Delivery Period  : Sep 2011
Tender Day       : 30 Sep 2011
Settlement Day   : 14 Oct 2011
Commodity        : RC

| Warrant No. | Tender Status | Split Lot | BU | Group No. | Sub-Acc | B/S | Port | WHK | Orig | Net Weight | Rent Date | Duty Ind | Gross Weight | Delivery Price | Contract Value | Def / Surplus | Rent Allow | Reweight Allow | Age Allow | Import Duty | Total Grading Allow | Parcel Value | Currency |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109725 | Original | N | Robusta40 9 | 0 | C | Buyer | ANT | DMN | MAD | 10,260.59 | 30 Sep 2011 | N | 10,454.00 | 1,964.00 | 19,640.00 | 560.90 | -39.52 | 0.00 | 0.00 | 0.00 | 0.00 | 20,151.38 | USD |

Amount Due: 20,151.38 USD

Number of records: 1